# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JAMES A. FALLEGIARDO, SR. & TONI M. FALLEGIARDO     Case Number: 07-71828
1716 SQUIRREL TRAIL     SSN-xxx-xx-7401 & xxx-xx-3068
CARY, IL 60013

Case filed on: 7/31/2007
Plan Confirmed on: 1/16/2008

D Dismissed

Total funds received and disbursed pursuant to the plan: $4,290.62     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | LAW OFFICES OF PETER F GERACI | 3,500.00 | 3,500.00 | 3,274.00 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 3,274.00 | 0.00 |
| 007 | OSI COLLECTION SERVICES INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | OSI COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | OSI COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | AUTOMATED COLLECTIONS SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | BLATT, HASENMILLER, LEIBSKER & MOORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | BLATT, HASENMILLER, LEIBSKER & MOORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | ARROW FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | ARROW FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | TATE & KIRLIN ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | MICHLING, HOFFMAN, VINTON | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | CAINE & WEINER | 0.00 | 0.00 | 0.00 | 0.00 |
| 060 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 063 | RIDDLE & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 066 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 072 | NORTHWEST COLLECTORS | 0.00 | 0.00 | 0.00 | 0.00 |
| 078 | WEISS & MUELLER, LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 081 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 085 | AMCA | 0.00 | 0.00 | 0.00 | 0.00 |
| 087 | AMCA | 0.00 | 0.00 | 0.00 | 0.00 |
| 089 | AMCA | 0.00 | 0.00 | 0.00 | 0.00 |
| 093 | MRSI | 0.00 | 0.00 | 0.00 | 0.00 |
| 096 | RJM ACQUISITION FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| 100 | BLATT, HASENMILLER, LEIBSKER & MOORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 102 | MEDICAL BUSINESS BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 104 | MEDICAL BUSINESS BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 106 | MEDICAL BUSINESS BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JAMES A. FALLEGIARDO, SR. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ALLEN LEWIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | AMERICAN COLLECTION CO. | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | AMOR SYSTEMS CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | BRIAN M MU | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CENTEGRA HEALTH | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CENTEGRA HEALTH | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CENTEGRA HEALTH | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CENTEGRA HEALTH | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CENTEGRA HEALTH | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | NORTHERN ILLINOIS MEDICAL CENTER | 2,123.30 | 2,123.30 | 63.49 | 0.00 |
| 015 | CENTEGRA MEMORIAL MEDICAL CTR | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CENTEGRA MEMORIAL MEDICAL CTR | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | CENTEGRA HEALTH SYSTEM | 2,050.00 | 2,050.00 | 61.29 | 0.00 |
| 019 | CHARTER ONE MORT / CCO MORT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | DIRECTV | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | DIVERSIFIED SERVICES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | EMERGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | ERIN CAPITAL MANAGEMENT LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | FALLS COLLECTION SERVICE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | FIRST BANK & TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | GENESIS FINANCIAL SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | GOOD SHEPHERD HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | GUEVARA FAMILY PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | HALTERMAN PHOTOGRAPHY | 0.00 | 0.00 | 0.00 | 0.00 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---:|---:|---:|---:|
| 038 | HARVARD COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | FCS | 177.75 | 177.75 | 5.31 | 0.00 |
| 041 | ECAST SETTLEMENT CORPORATION | 500.73 | 500.73 | 14.97 | 0.00 |
| 042 | ICE MOUNTAIN WATER | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | KCA FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | LOU HARRIS & CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | LOU HARRIS & CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 047 | LVNV FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| 048 | LVNV FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| 049 | LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 050 | LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 051 | TSYS TOTAL DEBT MANAGEMENT | 360.37 | 360.37 | 10.77 | 0.00 |
| 052 | ROUNDUP FUNDING LLC | 144.69 | 144.69 | 4.32 | 0.00 |
| 053 | MEDICAL BUSINESS BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 054 | MERRICK BANK | 887.16 | 887.16 | 26.53 | 0.00 |
| 055 | MHS PHYSICIAN SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 056 | MIDWEST MEDICAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 057 | MORAINE EMERGENCY PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 058 | MORAINE EMERGENCY PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 059 | MORAINE EMERGENCY PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 061 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 062 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 064 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 065 | NCO FINANCIAL SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 067 | NCO - MEDCLR | 0.00 | 0.00 | 0.00 | 0.00 |
| 068 | NEXT CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 069 | NORTHWEST COLLECTORS | 0.00 | 0.00 | 0.00 | 0.00 |
| 070 | NORTHWEST COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 071 | NW SUBURBAN UROLOGY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 073 | ORCHARD BANK / HSBC CARD SERV | 0.00 | 0.00 | 0.00 | 0.00 |
| 074 | PARK DANSAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 075 | PARK DANSAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 076 | PRESIDIO / CM | 0.00 | 0.00 | 0.00 | 0.00 |
| 077 | PRO DENTAL CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 079 | PROFESSIONAL COLLECTION SERV. | 0.00 | 0.00 | 0.00 | 0.00 |
| 080 | PROGRESSIVE INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 082 | PROVIDIAN FIN / WASH MUTUAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 083 | PROVIDIAN FIN / WASH MUTUAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 084 | QUEST DIAGNOSTICS | 0.00 | 0.00 | 0.00 | 0.00 |
| 086 | QUEST DIAGNOSTICS | 0.00 | 0.00 | 0.00 | 0.00 |
| 088 | QUEST DIAGNOSTICS | 0.00 | 0.00 | 0.00 | 0.00 |
| 090 | RJM ACQUISITION FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| 091 | SENEX SERVICES CORP | 598.00 | 598.00 | 17.88 | 0.00 |
| 092 | SHERMAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 094 | SHURGARD OF ROLLING MEADOWS | 0.00 | 0.00 | 0.00 | 0.00 |
| 095 | RJM ACQUISITIONS FUNDING LLC | 416.22 | 416.22 | 12.45 | 0.00 |
| 097 | TCF BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 098 | TOYOTA MOTOR CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 099 | TOYOTA MOTOR CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 101 | TRI COUNTY EMERGENCY PHYS | 0.00 | 0.00 | 0.00 | 0.00 |
| 103 | TRI COUNTY EMERGENCY PHYS | 0.00 | 0.00 | 0.00 | 0.00 |
| 105 | TRI COUNTY EMERGENCY PHYS | 0.00 | 0.00 | 0.00 | 0.00 |
| 107 | TRUE GREEN CHEMLAWN | 0.00 | 0.00 | 0.00 | 0.00 |
| 108 | UNIQUE NATIONAL COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 109 | UNITED SHOCKWAVE | 0.00 | 0.00 | 0.00 | 0.00 |
| 110 | CAPITAL ONE | 1,327.25 | 1,327.25 | 39.69 | 0.00 |
| 111 | ROUNDUP FUNDING LLC | 332.88 | 332.88 | 9.96 | 0.00 |
| 112 | DRIVE FINANCIAL SERVICES | 14,741.55 | 14,741.55 | 440.78 | 0.00 |
| 113 | FREEDOMCARD GOLD MASTERCARD | 511.00 | 511.00 | 15.28 | 0.00 |
| 114 | ASPEN-S GOLD MASTERCARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 115 | HORIZONS BEHAVIORAL HEALTH | 0.00 | 0.00 | 0.00 | 0.00 |
| 116 | HSBC NV | 0.00 | 0.00 | 0.00 | 0.00 |
| 117 | MCI | 0.00 | 0.00 | 0.00 | 0.00 |
| 118 | TARGET | 0.00 | 0.00 | 0.00 | 0.00 |
| 119 | ROUNDUP FUNDING LLC | 433.53 | 433.53 | 12.96 | 0.00 |
| | Total Unsecured | 24,604.43 | 24,604.43 | 735.68 | 0.00 |
| | Grand Total: | 28,104.43 | 28,104.43 | 4,009.68 | 0.00 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $4,009.68 |
| Trustee Allowance: | $280.94 |
| Percent Paid Unsecured: | 2.99 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

                                                                                                       /s/ Lydia S. Meyer
                                                                                                     Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 07/30/2008          By /s/Heather M. Fagan